UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:09-MJ-158-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **ORDER DISMISSING** |
| v. ) | **CRIMINAL COMPLAINT** |
| ) | |
| DWAYNE ERIC BOONE, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Dismiss Criminal Complaint" (Document No. 6) by the United States. Having considered the record, including the motion, the undersigned hereby **GRANTS** the motion and **DISMISSES without prejudice** the Criminal Complaint as it pertains to DWAYNE ERIC BOONE in the above-captioned case. The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

Signed: July 10, 2009

David C. Keesler
United States Magistrate Judge

Page 1 of 1